## JAMES DEAN *versus* ASHER PHILLIPS AND DAVID GWYNNE

JOURNAL ENTRIES (1822–28): *Journal 3:* (1) Recognizance *p. 318; (2) rule to assign errors *p. 413; (3) diminution suggested, certiorari ordered *p. 424. *Journal 4:* (4) Continued MS p. 34; (5) continued MS p. 115; (6) arguments closed, submitted MS p. 151; (7) judgment reversed MS p. 164.

PAPERS IN FILE: (1) Precipe for writs of error and supersedeas; (2) recognizance; (3) precipe for writs of error and supersedeas; (4) writ of error and return; (5) county court papers—(a) transcript of J. P. record; (b) deposition of Joseph L. Smith; (6) bill of exceptions; (7) joinder in error; (8) writ of fi. fa. for costs; (9) discharge from demands, etc.

*1822–23 Calendar*, MS p. 101.